# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MANUEL BARRERA,<br><br>Defendant. | Case No. 1:19-cr-00143-DAD-BAM<br><br>ORDER DENYING DEFENDANT'S MOTION FOR BAIL REVIEW<br><br>(ECF No. 148) |

On February 14, 2020, Defendant Manuel Barrera filed a motion for bail review to be placed on pretrial release. (ECF No. 148.) On February 24, 2020, a hearing on Defendant's motion was held before the undersigned. (ECF No. 149.) Defendant appeared in custody with counsel Anthony Capozzi. (Id.) Counsel Kimberly Sanchez appeared for the Government. (Id.) Having considered the moving papers and the arguments presented at the February 24, 2020 hearing, the Court shall deny Defendant's motion for bail review.

For the reasons stated on the record, Defendant has presented insufficient bond, and Defendant's new information does not overcome his burden of showing that he is neither a flight risk or a danger to the community. Therefore, Defendant's motion for bail review and release on conditions is DENIED. The Defendant remains detained as a flight risk and danger.

IT IS SO ORDERED.

Dated: __**February 24, 2020**__

UNITED STATES MAGISTRATE JUDGE

1