**ANTHONY P. CAPOZZI, CSBN: 068525**
**LAW OFFICES OF ANTHONY P. CAPOZZI**
1233 W. SHAW AVE., SUITE 102
FRESNO, CALIFORNIA 93711
PHONE: (559) 221-0200
FAX: (559) 221-7997
EMAIL: Anthony@capozzilawoffices.com
www.capozzilawoffices.com

ATTORNEY FOR Defendant,
MANUEL BARRERA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

* * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MANUEL BARRERA,<br><br>Defendant. | Case No.: 1:19-CR-00143 DAD-BAM<br><br>**STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING**<br><br>Date: **April 20, 2021**<br>Time: **9:00 a.m.**<br>Courtroom: **5** |

TO:   THE HONORABLE COURT AND TO THE ASSISTANT UNITED STATES ATTORNEY:

This case is set for sentencing on April 20, 2021. On May 13, 2020, this Court issued General Order 618, supplementing prior orders issued on March 12, 17, 18, 30, and April 17, 2020, addressing COVID-19 and attendant public health advisories. This court declared a judicial emergency on April 9, 2020, pursuant to 18 U.S.C. § 3174, and the Ninth Circuit Judicial Council's Order of April 16, 2020, continuing this court's judicial emergency for an additional one-year period and suspending the time limits of 18 U.S.C. § 3161(c) until May 2, 2021.

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on April 20, 2021.

2. By this stipulation, defendant now moves to continue the sentencing until June 21, 2021.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government does not object to the continuance.

   b) In addition to the public health concerns cited by General Orders 611 and presented by the evolving COVID-19 pandemic, an ends-of-justice delay is particularly apt in this case because:

      (i) The defendant wishes to withdraw his plea and additional time is needed for briefing.

IT IS SO STIPULATED.

Respectfully submitted,

DATED: February 10, 2021   By: */s/ Justin J. Gilio*
JUSTIN J. GILIO
Assistant United States Attorney


DATED: February 10, 2021   By: */s/ Anthony P. Capozzi*
ANTHONY P. CAPOZZI
Attorney for Defendant MANUEL BARRERA

**ORDER**

IT IS SO ORDERED that the Sentencing Hearing is continued from April 20, 2021, to June 21, 2021, at 10:00 a.m. before District Judge Dale A. Drozd.

IT IS SO ORDERED.

Dated: **February 10, 2021**

_____
UNITED STATES DISTRICT JUDGE