ANTHONY P. CAPOZZI, CSBN: 068525
LAW OFFICES OF ANTHONY P. CAPOZZI
1233 W. SHAW AVE., SUITE 102
FRESNO, CALIFORNIA 93711
PHONE: (559) 221-0200
FAX: (559) 221-7997
EMAIL: Anthony@capozzilawoffices.com
www.capozzilawoffices.com

ATTORNEY FOR Defendant,
MANUEL BARRERA

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

* * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br><br>MANUEL BARRERA<br><br>Defendant. | Case No.: 1:19-CR-00143-8-DAD-BAM<br><br>**NOTICE OF REQUEST AND REQUEST TO SEAL DOCUMENTS AND ORDER** |

**TO: THE ABOVE ENTITLED COURT AND TO THE UNITED STATES ATTORNEY GENERAL FOR THE EASTERN DISTRICT OF CALFIORNIA:**

Defendant, Manuel Barrera, by and through his attorney Anthony P. Capozzi, hereby requests that the Declarations of Manuel Barrera and Anthony P. Capozzi in support of the Stipulation and Order Allowing Defendant Manuel Barrera to Withdraw His Guilty Plea be filed under seal.

This request is made pursuant to Local Rule 141(a) which states that documents can be sealed only by written order of the United States District Court. Under the Local Rule access to all documents filed under seal is restricted to the Court and authorized court personnel.

The conditions and terms of release set out attorney-client confidential information that

is subject to the Defendant's privacy rights.

    Accordingly, it is requested that the Declarations of Manuel Barrera and Anthony P. Capozzi, be Sealed.

Respectfully submitted,

Dated: May 6, 2021     By: /s/Anthony P. Capozzi
ANTHONY P. CAPOZZI
Attorney for MANUEL BARRERA

## **ORDER**

    For reasons set forth above, the Defendant's request to have the Declarations of Manuel Barrera and Anthony P. Capozzi, be filed Under Seal is granted.

IT IS SO ORDERED.

Dated: **May 6, 2021**      _/s/ Dale A. Drozd_
UNITED STATES DISTRICT JUDGE