| | |
|---|---|
| 1 | **ANTHONY P. CAPOZZI, CSBN: 068525** |
| | **LAW OFFICES OF ANTHONY P. CAPOZZI** |
| 2 | 1233 W. SHAW AVE., SUITE 102 |
| | FRESNO, CALIFORNIA 93711 |
| 3 | PHONE: (559) 221-0200 |
| | FAX: (559) 221-7997 |
| 4 | EMAIL: Anthony@capozzilawoffices.com |
| | www.capozzilawoffices.com |
| 5 | |
| 6 | ATTORNEY FOR Defendant, |
| | MANUEL BARRERA |
| 7 | |

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
\* \* \* \* \* \*

| UNITED STATES OF AMERICA, | Case No.: 1:19-CR-00143-8-DAD-BAM |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION AND ORDER ALLOWING DEFENDANT MANUEL BARRERA TO WITHDRAW HIS GUILTY PLEA** |
| MANUEL BARRERA, | |
| Defendant. | |

It is hereby stipulated between the United States of America, by and through its representative, Justin Gilio and the Defendant, Manuel Barrera, by and through his attorney, Anthony P. Capozzi that the plea of guilty which was entered on January 19, 2021, be withdrawn.

Good cause exists for the withdrawal of Mr. Barrera's plea which is set out in the Declarations of Mr. Barrera and Defense Counsel Anthony P. Capozzi, which have been filed under seal pursuant to local rule 141(a).

For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of January 19, 2021, through June 9, 2021, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(ii) due to the complexity of the case and because it results from a continuance granted by the Court at Defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

**IT IS SO STIPULATED**.

Respectfully submitted,

DATED: May 6, 2021  By: */s/Justin Gilio*
JUSTIN GILIO
Assistant United States Attorney

DATED: May 6, 2021  By: */s/Anthony P. Capozzi*
ANTHONY P. CAPOZZI
Attorney for Defendant MANUEL BARRERA

## ORDER

For the reasons set forth above, it is hereby ordered that the Defendant be permitted to withdraw his plea of guilty a Status Conference is scheduled for June 9, 2021, at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe. Time is excluded pursuant to 18 U.S.C. § 3161(h)(7)(A), B(ii) from January 19, 2021, through June 9, 2021.

IT IS SO ORDERED.

Dated: **May 11, 2021**  _____
UNITED STATES DISTRICT JUDGE