ANTHONY P. CAPOZZI, CSBN: 068525
THE LAW OFFICE OF ANTHONY P. CAPOZZI
1233 West Shaw Avenue, Suite 102
Fresno, California 93711
Telephone:     (559) 221-0200
Facsimile:      (559) 221-7997
E-Mail:          Anthony@ capozzilawoffices.com
www.capozzilawoffices.com

Attorney for Defendant,
MANUEL CHRISTOPHER BARRERA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

\*\*\*\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA. | CASE NO.: 1:19-CR-00143-ADA-BAM |
| Plaintiff, | **MOTION TO TERMINATE CJA APPOINTMENT OF ANTHONY P. CAPOZZI AS ATTORNEY OF RECORD AND ORDER** |
| v. | |
| MANUEL CHRISTOPHER BARRERA | |
| Defendant. | |

A Criminal Complaint was filed on June 14, 2019.  On June 18, 2019, CJA Panel Attorney, Anthony P. Capozzi was appointed as trial counsel to represent Defendant, Manuel C. Barrera in this criminal case.  Mr. Barrera was sentenced pursuant to a plea agreement on October 18, 2022.  The time for filing a direct appeal was November 1, 2022.  No direct appeal was filed.  Mr. Barrera was in custody at sentencing.  The trial phase of Mr. Barrera's criminal case has, therefore, come to an end.   Having completed his representation of Mr. Barrera.  CJA Attorney, Anthony P. Capozzi, now moves to terminate his appointment under the Criminal Justice Act.

Should Mr. Barrera require further legal assistance he has been advised to contact the Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street, Suite 330, Fresno, CA 93721, or by phone at (559) 487-5561 (collect) or (855) 656-4360

(toll-free), which, if appropriate, will arrange for the re-appointment of counsel to assist him/her.

Respectfully submitted,

Date:  April 26, 2023,    By:  /s/ Anthony P. Capozzi,  _____
　　　　　　　　　　　　　　　　Anthony P. Capozzi, Attorney for Manuel
　　　　　　　　　　　　　　　　Christopher Barrera

**ORDER.**

　　　　Having reviewed the notice and found that Attorney Anthony P. Capozzi has completed the services for which he was appointed, the Court hereby grants Attorney, Anthony P. Capozzi' request for leave to withdraw as defense counsel in this matter.  Should Defendant seek further legal assistance, Defendant is advised to contact the Office of the Federal Defender for the Eastern District of California at 2300 Tulare Street, Suite 330, Fresno, CA 93721.  The phone number for the office is (559) 487-5561 (collect) or (855) 656-4360 (toll-free).  If appropriate, the office will arrange for the reappointment of counsel to assist Defendant.

　　　　The Clerk of Court is directed to serve a copy of this order on Defendant, Manual C. Barrera at the following address and to update the docket to reflect Defendant's pro se status and contact information:

　　　　　　　　　　　　　　　　FCI Victorville Medium II
　　　　　　　　　　　　　　　　13777 Air Expressway Blvd.
　　　　　　　　　　　　　　　　Victorville, CA 92394
　　　　　　　　　　　　　　　　BOP 78269-097

IT IS SO ORDERED.

　　Dated:   April 27, 2023     　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE